UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:12-CV-132-R

PATRICIA ANN PACE                                                                                         PLAINTIFF

V.

MEDCO FRANKLIN RE LLC, et al.                                                                DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel